No. 982, Misc.  JAEGERS v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.  *DeWitt F. Blase* for petitioner.

No. 983, Misc.  SMITH v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.  *Kate Whyner* for petitioner.

No. 986, Misc.  ELI v. CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 994, Misc.  MARVEL v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Solicitor General Griswold* for the United States.

No. 996, Misc.  TELLIS v. HOCKER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 1003, Misc.  CHAMBERS ET UX. v. COLONIAL PIPE-LINE Co.  C. A. 6th Cir.  Certiorari denied.

No. 1004, Misc.  STEVENS v. NELSON, WARDEN, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 1008, Misc.  MAROSCIA v. DISPATCH PRINTING Co. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 1011, Misc.  EATON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  *Solicitor General Griswold* for the United States.

No. 1023, Misc.  LOGAN v. NEW YORK.  Ct. App. N. Y. Certiorari denied.